MCCLARA *v.* MARION COUNTY CRIMINAL COURT.

[No. 0-595. Filed March 31, 1960.]

*Jack Gerald McClara, pro se.*

PER CURIAM—The above named petitioner has filed in the office of the clerk a paper entitled "Affidavit, Petition for Permission To File and Proceed in Forma Pauperis." No such pleading or petition is within the jurisdiction of this court.

No certified copies showing any action in a trial court below are filed with the so-called petition in this case in conformity with Rule 2-35 of this court.

The papers are ordered stricken from the files.

NOTE.—Reported in 165 N. E. 2d 764.

DUNN *v.* CLARK CIRCUIT COURT ETC.

[No. 0-596. Filed March 31, 1960.]

*Charley E. Dunn, pro se.*

PER CURIAM—This is a petition for writ of mandate asking certain affirmative relief with reference to a certain proceeding pending in respondent court.

The petition does not comply with the rules of this court as it is not filed in quintuplicate, nor is it accompanied by certified copies of the pleadings, orders and entries pertaining to the subject matter as required by Rule 2-35.

The petition is dismissed.

NOTE.—Reported in 165 N. E. 2d 765.